```
Court Name: United States District Court
Division: 1
Receipt Number: 14683021000
Cashier ID: rbroaden
Transaction Date: 04/21/2011
Payer Name: MBI CORP
```

CIVIL FILING FEE
 For: MBI CORP
 Amount:      $350.00

CHECK
 Remitter: MBI CORP
 Check/Money Order Num: 1300103605
 Amt Tendered: $350.00

Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

FILING FEE
111CV433