IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED
APR 21 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| MBI CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| IMPORTERS SERVICE CORPORATION | ) |
| | ) |
| Defendant. | ) |
| | ) |

**IMPORTERS SERVICE CORPORATION RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, Defendant Importers Service Corporation ("ISC"), by counsel, respectfully states that ISC is a corporation owned by Eric and Patricia Berliner. ISC does not have a parent corporation, and no publicly held entity owns 10% or more of ISC's stock.

Respectfully submitted,

Importers Service Corporation

_(signature)_

By: Lewis A. Smith (VSB No. 77333)
Foley & Lardner LLP
3000 K Street NW, Suite 600
Washington, DC 20007
202-672-5300
lsmith@foley.com

Dated: April 21, 2011

WASH_7899590.1